IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, AS SUCCESSOR IN INTEREST TO AURORA LOAN SERVICES, LLC<br><br>  Plaintiff/Petitioner<br><br>vs.<br><br>DREXEL INVESTMENTS INC; ET AL.,<br><br>  Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:13-CV-01245-RSL**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE, SLANDER OF TITLE, CIVIL RICO ACT VIOLATION, CIVIL CONSPIRACY, AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; NOTICE OF LIS PENDENS; CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF NATIONSTAR MORTGAGE LLC** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **24th day of July, 2013**, at **2:24 PM**, at the address of **FIRST STATE CORPORATE SERVICES, 1111B GOVERNORS Avenue, DOVER, Kent County, DE 19904**; this affiant served the above described documents upon **NATIONAL RECOVERY REO SERVICES, INC., A DELAWARE CORPORATION** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Shelly Miles, Managing Agent duly authorized to accept service / White, Female, Age 32, 5'5", 145 lbs, brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **20** day of **July**, 20**13**

_Sharlene Ryan_          Service Fee Total: $100.00
Sharlene Ryan, Reg. # No #s in DE, New Castle, DE

SUBSCRIBED AND SWORN to before me this **30** day of **July**, 20**13**

_Kimberly J. Ryan_
NOTARY PUBLIC in and for the State of Delaware
Residing at: Wilmington DE
My Commission Expires: May 17, 2016

FOR: Bishop, White, Marshall-Tabs
REF: 4034.113971.4

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: 7269912 SEA