Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, as successor in interest to AURORA LOAN SERVICES LLC<br><br>Plaintiff,<br><br>vs.<br><br>DREXEL INVESTMENTS INC., SUNEET DIWAN, JARED HUYETT, DREXEL INVESTMENTS LLC, EASTSIDE FUNDING LLC, NATIONAL RECOVERY REO SERVICES INC., a Delaware Corporation, CLARENCE ROLAND, TRINA Y. JACOBS, ARLANDO RAY JACOBS, and DOE DEFENDANTS 1 through 20,<br><br>Defendants | NO. 2:13-cv-01245-RSL<br><br>PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION ON DEFENDANT CLARENCE ROLAND<br><br>NOTE ON MOTION CALENDAR: AUGUST 28, 2013 |

## I. RELIEF REQUESTED

Plaintiff moves the Court for an order authorizing service of the Summons by publication upon Defendants Clarence Roland and Arlando Ray Jacobs.

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 1
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306  FAX: 206/622-0354

## II. STATEMENT OF FACTS

Clarence Roland formerly resided in Pierce County, Washington and possibly King County, Washington. Mr. Roland is known to have lived and conducted business at the following addresses until at least early 2013: 3802 Spyglass Dr. NE, Tacoma, Pierce County, WA 98422, and 11415 SE 67th Pl., Bellevue, King County, WA 98006-6411. Declaration of Adam G. Hughes, ¶ 3. Service was attempted on Mr. Roland through a process server at both addresses, but Mr. Roland was confirmed to no longer reside at either address. *Id.* at ¶4, Ex. 1. Plaintiff's counsel's office has conducted research into the current whereabouts of Clarence Roland and has been unable to locate him. *Id.* at ¶5.

Arlando Ray Jacobs formerly resided at 3306 Claremont Avenue, Seattle, Washington 98144 (the property at issue in this litigation) with his then wife Trina Y. Jacobs. Trina Y. Jacobs is now believed to be deceased. The most recent addresses that could be found for Arlando Ray Jacobs were 16720 STUEBNER AIRLINE RD SPRING TX 77379-7318, 7312 LOUETTA RD STE B118 PMB 206 SPRING TX 77379-6175, and 6102 RACHELS CT KATY TX 77494-8229. Service was attempted at each of these addresses, but the process server(s) reported that Mr. Jacobs no longer resides at any of these addresses. *See* Hughes Decl. at ¶6, Ex. 2.

## III. ISSUES PRESENTED

Whether the Court should issue an order authorizing service of the summons and complaint by publication upon Clarence Roland and Arlando Ray Jacobs as provided by FRCP 4(e)(1) and RCW 4.28.100.

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 2
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306  FAX: 206/622-0354

## IV. EVIDENCE RELIED UPON

This motion is based upon the pleadings filed herein, the Declaration of Adam G. Hughes, and the exhibits attached thereto, which are submitted herewith.

## V. LEGAL AUTHORITY

Federal Rule of Civil Procedure 4(e)(1) provides as follows:

> (e) SERVING AN INDIVIDUAL WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
>
> > (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made;

Accordingly, Washington law applies here to the service issue at hand. The circumstances which justify service by publication in Washington are set forth in RCW 4.28.100, which provides:

> When the defendant cannot be found within the state, and upon the filing of an affidavit of the plaintiff, his or her agent, or attorney, with the clerk of the court, stating that he or she believes that the defendant is not a resident of the state, or cannot be found therein… stating the existence of one of the cases hereinafter specified, the service may be made by publication of the summons, by the plaintiff or his or her attorney in any of the following cases:
>
> (2) where the defendant, being a resident of this state, had departed therefrom with intent to defraud his or her creditors, or to avoid the service of a summons, or keeps himself or herself concealed therein with like intent;
>
> (6) When the subject of the action is real or personal property in this state, and the defendant has or claims a lien or interest, actual or

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 3
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306  FAX:  206/622-0354

contingent, therein, or the relief demanded consists wholly, or partly, in excluding the defendant from any interest or lien therein;

(9) When the action is brought … to determine conflicting claims to property in this state.

Stated another way, "RCW 4.28.100(2) authorizes service by publication when the defendant cannot be found in the state, and, with the intent to avoid service of a summons, he either conceals himself within the state or leaves the state. The plaintiff must also have made reasonably diligent efforts to personally serve the defendant." *Boes v. Bisiar*, 122 Wn.App. 569, 574, 94 P.3d 975 (2004) (citation omitted).

In this case, Plaintiff's counsel has researched numerous sources to locate current addresses for Clarence Roland and Arlando Ray Jacobs. Unfortunately, those efforts have not been successful. In the course of that research, Plaintiff's counsel discovered that Clarence Roland was successfully served at the 3802 Spyglass Dr. NE address in September 2012 as part of similar lawsuit in King County Superior Court in Washington State (Case Number: 12-2-28523-3). As determined by the process server who attempted to serve Mr. Roland at that same address in this case, however, Mr. Roland has since moved to an unknown address. Similarly, the process server who attempted to serve Mr. Jacobs also learned that Mr. Jacobs had moved to an unknown address. No additional address information for either of these defendants can be found at this time.

These efforts support a finding that Plaintiff has exercised reasonable diligence in its efforts to locate Clarence Roland and Arlando Ray Jacobs and to personally serve them. Furthermore, the Court may infer that Clarence Roland and Arlando Ray Jacobs, with the

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 4
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306  FAX: 206/622-0354

intent to avoid service, have either concealed themselves or left the state. Based upon the foregoing, Plaintiff respectfully requests that this Court allow service by publication on defendants Clarence Roland and Arlando Ray Jacobs.

## VI. PROPOSED ORDER

A proposed Order is submitted herewith.

Dated this 28th day of August, 2013.

>/s/Adam G. Hughes
>Adam G. Hughes, WSBA #34438
>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
>720 Olive Way, Suite 1201
>Seattle, WA 98101
>(206) 622-5306
>Email: ahughes@bwmlegal.com
>*Attorneys for Plaintiff*

/ / /

/ / /

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013 I electronically filed the foregoing Motion to Serve by Publication with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alisson H. Wall | [ ] By United States Mail |
| REHMKE & FLYNN, PLLC | [ ] By CM/ECF System |
| 917 Pacific Ave, Suite 407 | [ ] By Federal Express |
| Tacoma, WA 98402 | [ ] By Facsimile |
| E: alisson@rehmkeandflynn.com | |
| *Attorneys for Defendants Drexel Investments Inc., Suneet Diwan, Jared Huyett, and Drexel Investments LLC* | |

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 5
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306 FAX: 206/622-0354

| | |
|---|---|
| Thomas F. Peterson | [ ] By United States Mail |
| SOCIUS LAW GROUP, PLLC | [ ] By CM/ECF System |
| 601 Union Street, Suite 4950 | [ ] By Federal Express |
| Seattle, WA 98101 | [ ] By Facsimile |
| E: tpeterson@sociuslaw.com | |

*Attorneys for Defendant Eastside Funding LLC*

Dated this 28th day of August, 2013.

/s/Kay Spading
Kay Spading, Legal Assistant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101

PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE ON ROLAND AND JACOBS BY PUBLICATION- 6
Case No.: 2:13-cv-01245-RSL

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
(206) 622-5306  FAX: 206/622-0354