Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, as successor in interest to AURORA LOAN SERVICES LLC<br><br>Plaintiff,<br><br>vs.<br><br>DREXEL INVESTMENTS INC., SUNEET DIWAN, JARED HUYETT, DREXEL INVESTMENTS LLC, EASTSIDE FUNDING LLC, NATIONAL RECOVERY REO SERVICES INC., a Delaware Corporation, CLARENCE ROLAND, TRINA Y. JACOBS, ARLANDO RAY JACOBS, and DOE DEFENDANTS 1 through 20,<br><br>Defendants | NO.: 2:13-cv-01245-RSL<br><br>MOTION FOR ORDER OF DEFAULT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 18, 2013 |

COMES NOW, Plaintiff Nationstar Mortgage LLC, successor in interest to Aurora Loan Services LLC, by and through its attorneys of record Adam G. Hughes and Bishop, Marshall and Weibel, P.S., and moves this Court for an order of default against Defendants National Recovery REO Services Inc., Clarence Roland, and Arlando Ray Jacobs.

MOTION FOR ORDER OF DEFAULT - 1
CASE NO.: 2:13-cv-01245-RSL

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

This motion is filed pursuant to Fed. R. Civ. P. 55(b)(2), and is based upon the records and files contained herein, the affidavits of service filed herein, and the accompanying Affidavit of Maureen Dugan and Declaration of Adam G. Hughes and exhibits referenced therein.

Defendant National Recovery REO Services Inc. was served with the Summons and Complaint in this matter on July 24, 2013. *See* Affidavit of Service (Dkt. No. 10). Defendant National Recovery REO Services Inc. was served with the Summons and Amended Complaint in this matter on August 21, 2013. *See* Affidavit of Service (Dkt. No. 18). Defendant National Recovery REO Services Inc. has failed to appear, plead, or otherwise defend. *See* Declaration of Adam G. Hughes filed herewith at ¶ 2. *See also* Docket. Accordingly, entry of a default judgment against National Recovery REO Services Inc. pursuant to Fed. R. Civ. P. 55 is appropriate.

Following approval by this Court (*see* Dkt. No. 15), defendants Clarence Roland and Arlando Ray Jacobs were served by publication in the Seattle Times pursuant to RCW 4.28.100-110, with the first publication occurring on September 5, 2013, and in subsequent publications on September 12, 19, and 26, and October 3 and 10, 2013. *See* Affidavit of Maureen Dugan filed herewith.

More than sixty days have passed since the first publication on September 5, 2013, and as such, defendants Clarence Roland and Arlando Ray Jacobs have been served but have failed to appear, plead, or otherwise defend. *See* Hughes Decl. at ¶ 3. Neither Clarence Roland or Arlando Ray Jacobs are believed to be in military service or a

MOTION FOR ORDER OF DEFAULT - 2
CASE NO.: 2:13-cv-01245-RSL

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

dependant of a service member in military service. *See* Hughes Decl. at ¶ 4, Ex. 1. Accordingly, entry of a default judgment against defendants Clarence Roland and Arlando Ray Jacobs pursuant to Fed. R. Civ. P. 55 is appropriate.

A proposed Order of Default is attached for the Court's convenience.

DATED this 18th day of November, 2013.

/s Adam G. Hughes
Adam G. Hughes WSBA No. 34438
BISHOP, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101
Telephone: (206) 264-5905
Email: ahughes@bwmlegal.com
*Attorneys for Plaintiff Nationstar Mortgage LLC*

MOTION FOR ORDER OF DEFAULT - 3
CASE NO.: 2:13-cv-01245-RSL

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alisson H. Wall | [ ] By United States Mail |
| Sean Flynn | [ ] By Legal Messenger |
| REHMKE & FLYNN, PLLC | [ X ] By CM/ECF System |
| 917 Pacific Ave, Suite 407 | [ ] By Facsimile |
| Tacoma, WA 98402 | [ ] By Electronic Mail |
| Allison@rehmkeandflynn.com | |
| sean@rehmkeandflynn.com | |
| *Attorneys for Defendants Drexel Investments Inc., Suneet Diwan, Jared Huyett, and Drexel Investments LLC* | |

| | |
|---|---|
| Thomas F. Peterson | [ ] By United States Mail |
| SOCIUS LAW GROUP, PLLC | [ ] By Legal Messenger |
| 601 Union Street, Suite 4950 | [ X ] By CM/ECF System |
| Seattle, WA 98101 | [ ] By Facsimile |
| tpeterson@sociuslaw.com | [ ] By Electronic Mail |
| *Attorneys for Defendant Eastside Funding LLC* | |

Dated November 18, 2013.

/s Kay Spading
Kay Spading, Legal Assistant
BISHOP, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101
Telephone: (206) 264-5944
Email: kspading@bwmlegal.com

MOTION FOR ORDER OF DEFAULT - 4
CASE NO.: 2:13-cv-01245-RSL

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354