# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>DREXEL INVESTMENT INC., et al.,<br><br>                  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 13-cv-01245-BJR |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Eastside Funding LLC's Motion for Default Judgment against Defendants National Recovery REO Services, Inc., Clarence Roland, and Arlando Ray Jacobs shall be GRANTED.  Judgment is therefore entered for Eastside against said Defendants.

Dated: May 26, 2016.

                                                    William M. McCool
                                                    Clerk of Court

                                                    s/Rhonda Miller
                                                    Deputy Clerk